UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

ESTES EXPRESS LINES, INC., a Virginia )
Corporation, )
 )       **09 C 5 0 0 1 1**
 )
            Plaintiff )       Case No.
 )
v. )
 )          KApala
TOTE-CART COMPANY, an Illinois )
Corporation, DOE CORPORATIONS 1-10, )
JOHN DOES 1-10, )       **F I L E D**
 )
            Defendant(s). )       JAN 2 3 2009

## COMPLAINT

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Comes now plaintiff, ESTES EXPRESS LINES, INC., a Virginia Corporation

("Plaintiff" or "Estes"), by its attorney, David B. Halpin, and for its complaint against

defendant(s), TOTE-CART COMPANY, an Illinois Corporation, DOE CORPORATIONS 1-10,

JOHN DOES 1-10, states as follows:

## JURISDICTION & VENUE

1.    This action arises under 49 U.S.C. §13101 et seq., an act of Congress regulating

commerce.

2.    Jurisdiction of this Court is proper under 28 U.S.C. §1337.

3.    Venue in this Court is proper under 28 U.S.C. §1391 (b).

## PARTIES

4.    The Plaintiff is a common carrier by motor vehicle of commodities generally and

is an interstate carrier of such commodities.

5.      The Defendant TOTE-CART COMPANY ("TOTE"), is an Illinois Corporation, organized and existing under the laws of the State of Illinois and is doing business in the State of Illinois, County of Winnebago.

6.      Plaintiff is informed and believes, and upon such information and belief alleges that the DOE Defendants, DOE CORPORATIONS 1-10 and JOHN DOE 1-10, represent consignees or other entities or individuals who, as uncovered through further disclosure and discovery, are liable jointly and severally for the respective shipments alleged herein.

## BACKGROUND FACTS

7.      That this action arises pursuant to Title 49 of the United States Code, which pertains to the transportation of freight by motor carrier.

8.      That Plaintiff is and at all times herein mentioned a common carrier of goods and merchandise.

9.      That on and after October 1, 2007, Plaintiff and Defendants had between them a Pricing Agreement with regard to certain future shipments, which Pricing Agreement included the EXLA 105 Rules Tariff.  (See Exhibit "A" attached hereto and incorporated herein by reference.)

10.     That pursuant to such Pricing Agreement, between the approximate dates of October 1, 2007 and April 1, 2008, Plaintiff, Defendant TOTE, and the associated consignees contracted for the transportation of goods via Bills of Lading.

11.     That Plaintiff transported the goods in question to the designated consignees.

12.     That the consignees of such shipments received said goods.

13.     That Defendants herein are jointly liable for said freight charges pursuant to the applicable tariffs and 49 U.S.C. §13706.

14.     That the payment being more than thirty (30) calendar days past the date of each invoice, the Defendants are jointly liable for a late payment service charge applied to each delinquent freight bill, for 10% of the freight bill amount with a minimum charge of $21.00. (EXLA 105 Rules Tariff, Item 720(3)(a)).

15.     That the further non-payment of such freight charge resulted in the charges of the Plaintiff's full undiscounted, class rates applicable at the time of the shipment, based on the applicable National Motor Freight Classification rating(s). (EXLA 105 Rules Tariff, Item 720(3)(c)).

16.     That such non-payment requiring legal action to recover resulted in the assessment of a thirty percent (30%) collection fee, calculated on the gross, undiscounted charges, of each invoice. (EXLA 105 Rules Tariff, Item 720(4)).

17.     That Defendants have refused to pay freight charges in the amount of Three Hundred Sixty-Eight Thousand Six Hundred Sixty-Nine and 79/100 dollars ($368,669.79), despite Plaintiff's demand for payment. A true and accurate copy of Plaintiff's accounting of the charges due and owing from Defendants is attached hereto and incorporated herein as Exhibit "B".

WHEREFORE, Plaintiff prays for Judgment against Defendants as follows:

1.     For payment in the amount of Three Hundred Sixty-Eight Thousand six Hundred Sixty-Nine and 79/100 dollars (S368,669.79);

2.     Prejudgment interest on the outstanding balance at the legal rate.

3.     Continuing interest on the judgment amount at the legal rate.

4.    Plaintiff's costs incurred herein.

5.    For such further relief as the court deems just and proper under the circumstances.

> /s/David B. Halpin
> David B. Halpin
> Attorney for Plaintiff
> 1400 Torrence Ave., Suite 211-A
> Calumet city, IL 60409
> 708-868-8658
> Attorney I.D. No. 6210971

# EXHIBIT A



**ESTES**
EXPRESS LINES

TOTE CART COMPANY
1802 PRESTON STREET
ROCKFORD, IL 61102

Account Number: 6085222
Effective Date: 02/27/2008
Expiration Date: 99/99/9999

Pricing provisions contained herein are predicated upon the following information provided by
the customer pertaining to the shipment characteristics and volumes Estes can expect to realize.

Average NMFC class: 110
Average Weight per Shipment: 1215 lbs
Percent Minimum Charge Shipments:

Average Density: 31.15 lbs/Cubic Foot
Average Monthly Tonnage: 80000 lbs
Average Weight per Pick up/Stop:

## INTERSTATE   Item # 715983       Discounts apply on COD Collect Shipments

### *OUTBOUND PREPAID*
-Class Exceptions:
   Exception CL85  for CL100
   Exception CL150 for CL250
-Discounts and Minimum Charges:
   75.00% discount

### *OUTBOUND COLLECT*
-Class Exceptions:
   Exception CL85  for CL100
   Exception CL150 for CL250
-Discounts and Minimum Charges:
   75.00% discount

### *INBOUND COLLECT*
-Class Exceptions:
   Exception CL85  for CL100
   Exception CL150 for CL250
-Discounts and Minimum Charges:
   75.00% discount

### *THIRD PARTY*
-Class Exceptions:
   Exception CL85  for CL100
   Exception CL150 for CL250
-Discounts and Minimum Charges:
   75.00% discount

### *Accessorial Exceptions:*
APPOINTMENT CHARGE waived
NOTIFY CHARGE.. waived

# INTRASTATE   Item # 715984     Discounts apply on COD Collect Shipments

## OUTBOUND PREPAID
- Class Exceptions:
  - Exception CL85  for CL100
  - Exception CL150 for CL250
- Discounts and Minimum Charges:
  - 75.00% discount

## OUTBOUND COLLECT
- Class Exceptions:
  - Exception CL85  for CL100
  - Exception CL150 for CL250
- Discounts and Minimum Charges:
  - 75.00% discount

## INBOUND COLLECT
- Class Exceptions:
  - Exception CL85  for CL100
  - Exception CL150 for CL250
- Discounts and Minimum Charges:
  - 75.00% discount

## THIRD PARTY
- Class Exceptions:
  - Exception CL85  for CL100
  - Exception CL150 for CL250
- Discounts and Minimum Charges:
  - 75.00% discount

## Accessorial Exceptions:

APPOINTMENT CHARGE waived

NOTIFY CHARGE.. waived

---

Unless otherwise provided herein, all shipments moving under these provisions shall be subject to the rules set forth in Item 1000 of the EXLA 668 Discount Tariff and the EXLA 105 Rules Tariff in effect at time of shipment.

Unless otherwise provided herein, all shipments shall be subject to the applicable rates and floor minimum charges contained in the EXLA 500 Tariff in effect at time of shipment.

Region D is defined as the following Zip Codes: Florida 33001, 33036-33037, 33040-33045, 33050-33052, 33070; New York 10000-10499, 11000-11999; Massachusettes 02500-02699; Rhode Island 02807.

Unless otherwise specified herein, discounts do not apply on Collect COD Shipments.

Unless otherwise specified herein, all shipments are subject to a limitation of liability provided in the EXLA 105 Rules Tariff in effect at time of shipment.

Issued by Estes Express Lines, Pricing Department, 3901 West Broad Street, Richmond, VA. 23230

# EXHIBIT B

TOTE CART COMPANY

11/4/2008

| CUSTOMER NUMBER | SHIPMENT DATE | INVOICE NUMBER | ORIGINAL AMOUNT | DISCOUNT ADDED BACK | LATE FEE | COLLECTION FEE | BALANCE | AGING |
|---|---|---|---|---|---|---|---|---|
| 6085222 | | | | | | | | |
| | 2/15/2008 | 028-2688688 | $137.21 | $334.65 | $21.00 | $141.56 | $634.42 | 263 |
| | 12/5/2007 | 060-0472114 | $1,095.88 | $2,514.20 | $109.59 | $1,083.02 | $4,802.69 | 335 |
| | 12/5/2007 | 060-0472115 | $397.32 | $957.39 | $39.73 | $406.41 | $1,800.86 | 335 |
| | 12/5/2007 | 060-0472116 | $90.89 | $208.65 | $21.00 | $89.86 | $410.40 | 335 |
| | 12/5/2007 | 060-0472117 | $324.00 | $0.00 | $32.40 | $97.20 | $453.60 | 335 |
| | 12/6/2007 | 060-0472118 | $445.34 | $1,073.12 | $44.53 | $455.54 | $2,018.53 | 334 |
| | 12/6/2007 | 060-0472119 | $409.23 | $986.09 | $40.92 | $418.60 | $1,854.84 | 334 |
| | 1/21/2008 | 060-0474964 | $1,284.00 | $0.00 | $128.40 | $385.20 | $1,797.60 | 288 |
| | 10/26/2007 | 060-0479689 | $187.47 | $464.81 | $21.00 | $195.68 | $868.96 | 375 |
| | 10/26/2007 | 060-0479694 | $443.43 | $1,099.43 | $44.34 | $462.86 | $2,050.06 | 375 |
| | 11/6/2007 | 060-0482242 | $113.46 | $139.34 | $21.00 | $75.84 | $349.64 | 364 |
| | 2/25/2008 | 060-0491648 | $90.52 | $173.82 | $21.00 | $79.30 | $364.64 | 253 |
| | 11/13/2007 | 060-0496901 | $423.73 | $859.28 | $42.37 | $384.90 | $1,710.29 | 357 |
| | 11/27/2007 | 060-0496931 | $1,805.00 | $0.00 | $180.50 | $541.50 | $2,527.00 | 343 |
| | 12/4/2007 | 060-0496949 | $1,127.00 | $0.00 | $112.70 | $338.10 | $1,577.80 | 336 |
| | 12/5/2007 | 060-0496950 | $1,296.00 | $0.00 | $129.60 | $388.80 | $1,814.40 | 335 |
| | 12/6/2007 | 060-0504501 | $762.86 | $1,838.24 | $76.29 | $780.33 | $3,457.72 | 334 |
| | 12/6/2007 | 060-0504502 | $210.97 | $508.35 | $21.10 | $215.80 | $956.21 | 334 |
| | 12/6/2007 | 060-0504503 | $352.48 | $849.38 | $35.25 | $360.56 | $1,597.67 | 334 |
| | 12/6/2007 | 060-0504504 | $401.16 | $966.65 | $40.12 | $410.34 | $1,818.27 | 334 |
| | 12/6/2007 | 060-0504505 | $90.89 | $90.76 | $21.00 | $54.50 | $257.15 | 334 |
| | 12/6/2007 | 060-0504506 | $1,615.64 | $1,186.38 | $161.56 | $840.61 | $3,804.19 | 334 |
| | 12/7/2007 | 060-0504508 | $236.25 | $569.28 | $23.63 | $241.66 | $1,070.81 | 333 |
| | 12/7/2007 | 060-0504509 | $920.74 | $2,218.64 | $92.07 | $941.81 | $4,173.27 | 333 |
| | 12/7/2007 | 060-0504510 | $940.00 | $0.00 | $94.00 | $282.00 | $1,316.00 | 333 |
| | 12/7/2007 | 060-0504511 | $125.46 | $302.30 | $21.00 | $128.33 | $577.09 | 333 |
| | 12/10/2007 | 060-0504512 | $145.32 | $350.18 | $21.00 | $148.65 | $665.15 | 330 |
| | 12/10/2007 | 060-0504514 | $281.28 | $677.78 | $28.13 | $287.72 | $1,274.91 | 330 |
| | 12/10/2007 | 060-0504515 | $90.89 | $98.88 | $21.00 | $56.93 | $267.70 | 330 |
| | 12/11/2007 | 060-0504516 | $164.25 | $395.81 | $21.00 | $168.02 | $749.08 | 329 |
| | 12/11/2007 | 060-0504517 | $159.12 | $383.44 | $21.00 | $162.77 | $726.33 | 329 |
| | 12/11/2007 | 060-0504518 | $90.89 | $125.54 | $21.00 | $64.93 | $302.36 | 329 |
| | 12/11/2007 | 060-0504519 | $122.01 | $254.74 | $21.00 | $113.03 | $510.78 | 329 |
| | 12/11/2007 | 060-0504520 | $468.82 | $1,129.68 | $46.88 | $479.55 | $2,124.93 | 329 |
| | 12/12/2007 | 060-0504521 | $90.16 | $116.07 | $21.00 | $61.87 | $289.10 | 328 |
| | 12/14/2007 | 060-0504522 | $102.80 | $249.74 | $21.00 | $105.76 | $479.30 | 326 |
| | 12/14/2007 | 060-0504523 | $248.01 | $602.48 | $24.80 | $255.15 | $1,130.44 | 326 |
| | 12/14/2007 | 060-0504524 | $319.64 | $776.48 | $31.96 | $328.84 | $1,456.92 | 326 |
| | 12/14/2007 | 060-0504525 | $162.79 | $273.98 | $21.00 | $131.03 | $588.80 | 326 |
| | 12/14/2007 | 060-0504526 | $630.25 | $1,530.98 | $63.03 | $648.37 | $2,872.62 | 326 |
| | 12/18/2007 | 060-0504527 | $164.24 | $398.96 | $21.00 | $168.96 | $753.16 | 322 |
| | 12/18/2007 | 060-0504528 | $198.54 | $482.29 | $21.00 | $204.25 | $906.08 | 322 |
| | 12/18/2007 | 060-0504529 | $134.73 | $327.26 | $21.00 | $138.60 | $621.59 | 322 |
| | 12/18/2007 | 060-0504530 | $1,002.67 | $2,308.11 | $100.27 | $993.23 | $4,404.28 | 322 |
| | 12/18/2007 | 060-0504531 | $1,002.67 | $2,308.11 | $100.27 | $993.23 | $4,404.28 | 322 |
| | 12/18/2007 | 060-0504532 | $799.06 | $1,813.52 | $79.91 | $783.77 | $3,476.26 | 322 |
| | 12/19/2007 | 060-0504533 | $295.07 | $716.78 | $29.51 | $303.56 | $1,344.91 | 321 |
| | 12/19/2007 | 060-0504534 | $940.84 | $2,285.45 | $94.08 | $967.89 | $4,288.26 | 321 |
| | 12/19/2007 | 060-0504535 | $104.94 | $254.93 | $21.00 | $107.96 | $488.83 | 321 |
| | 12/19/2007 | 060-0504536 | $90.16 | $213.56 | $21.00 | $91.12 | $415.84 | 321 |
| | 12/19/2007 | 060-0504537 | $1,085.91 | $2,637.84 | $108.59 | $1,117.13 | $4,949.47 | 321 |
| | 12/19/2007 | 060-0504538 | $965.41 | $2,345.15 | $96.54 | $993.17 | $4,400.27 | 321 |
| | 12/19/2007 | 060-0504539 | $424.27 | $1,030.64 | $42.43 | $436.47 | $1,933.81 | 321 |
| | 12/19/2007 | 060-0504540 | $1,345.84 | $3,269.25 | $134.58 | $1,384.53 | $6,134.20 | 321 |
| | 12/20/2007 | 060-0504541 | $100.68 | $244.58 | $21.00 | $103.58 | $469.84 | 320 |
| | 12/20/2007 | 060-0504542 | $90.16 | $98.88 | $21.00 | $56.71 | $266.75 | 320 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/20/2007 | 060-0504543 | $378.45 | $919.33 | $37.85 | $389.33 | $1,724.96 | 320 |
| 12/20/2007 | 060-0504544 | $309.96 | $752.94 | $31.00 | $318.87 | $1,412.77 | 320 |
| 12/20/2007 | 060-0504545 | $309.96 | $752.94 | $31.00 | $318.87 | $1,412.77 | 320 |
| 12/20/2007 | 060-0504546 | $309.96 | $752.94 | $31.00 | $318.87 | $1,412.77 | 320 |
| 12/20/2007 | 060-0504547 | $1,223.42 | $2,971.88 | $122.34 | $1,258.59 | $5,576.23 | 320 |
| 12/20/2007 | 060-0504548 | $1,641.92 | $3,988.49 | $164.19 | $1,689.12 | $7,483.73 | 320 |
| 2/13/2008 | 060-0504549 | $417.30 | $1,017.83 | $41.73 | $430.54 | $1,907.40 | 265 |
| 2/13/2008 | 060-0504550 | $139.99 | $341.43 | $21.00 | $144.43 | $646.85 | 265 |
| 12/13/2007 | 060-0504551 | $1,015.00 | $0.00 | $101.50 | $304.50 | $1,421.00 | 327 |
| 12/13/2007 | 060-0504552 | $826.56 | $2,007.84 | $82.66 | $850.32 | $3,767.38 | 327 |
| 12/13/2007 | 060-0504553 | $465.79 | $1,131.48 | $46.58 | $479.18 | $2,123.03 | 327 |
| 12/13/2007 | 060-0504554 | $324.00 | $0.00 | $32.40 | $97.20 | $453.60 | 327 |
| 12/13/2007 | 060-0504555 | $541.76 | $1,188.48 | $54.18 | $519.07 | $2,303.49 | 327 |
| 12/13/2007 | 060-0504556 | $1,398.34 | $3,269.25 | $139.83 | $1,400.28 | $6,207.70 | 327 |
| 12/21/2007 | 060-0504557 | $434.04 | $1,054.35 | $43.40 | $446.52 | $1,978.31 | 319 |
| 12/21/2007 | 060-0504558 | $1,109.00 | $0.00 | $110.90 | $332.70 | $1,552.60 | 319 |
| 12/21/2007 | 060-0504559 | $787.82 | $1,913.72 | $78.78 | $810.46 | $3,590.78 | 319 |
| 12/26/2007 | 060-0504560 | $629.36 | $1,528.81 | $62.94 | $647.45 | $2,868.56 | 314 |
| 12/26/2007 | 060-0504561 | $1,123.00 | $0.00 | $112.30 | $336.90 | $1,572.20 | 314 |
| 12/26/2007 | 060-0504562 | $1,085.91 | $2,637.84 | $108.59 | $1,117.13 | $4,949.47 | 314 |
| 12/26/2007 | 060-0504563 | $143.88 | $349.50 | $21.00 | $148.01 | $662.39 | 314 |
| 12/26/2007 | 060-0504564 | $905.50 | $2,199.60 | $90.55 | $931.53 | $4,127.18 | 314 |
| 12/26/2007 | 060-0504565 | $684.00 | $1,661.56 | $68.40 | $703.67 | $3,117.63 | 314 |
| 1/8/2008 | 060-0504566 | $209.27 | $508.35 | $21.00 | $215.29 | $953.91 | 301 |
| 1/8/2008 | 060-0504567 | $197.40 | $479.52 | $21.00 | $203.08 | $901.00 | 301 |
| 1/8/2008 | 060-0504568 | $200.86 | $487.93 | $21.00 | $206.64 | $916.43 | 301 |
| 1/8/2008 | 060-0504569 | $345.54 | $839.36 | $34.55 | $355.47 | $1,574.92 | 301 |
| 1/8/2008 | 060-0504570 | $209.27 | $508.35 | $21.00 | $215.29 | $953.91 | 301 |
| 1/9/2008 | 060-0504571 | $279.58 | $549.39 | $27.96 | $248.69 | $1,105.62 | 300 |
| 1/9/2008 | 060-0504572 | $122.15 | $295.54 | $21.00 | $125.31 | $564.00 | 300 |
| 1/9/2008 | 060-0504573 | $207.85 | $502.88 | $21.00 | $213.22 | $944.95 | 300 |
| 1/10/2008 | 060-0504574 | $782.59 | $1,893.38 | $78.26 | $802.79 | $3,557.02 | 299 |
| 1/11/2008 | 060-0504577 | $408.26 | $987.71 | $40.83 | $418.79 | $1,855.59 | 298 |
| 1/11/2008 | 060-0504578 | $1,157.23 | $2,799.75 | $115.72 | $1,187.09 | $5,259.80 | 298 |
| 1/15/2008 | 060-0504579 | $309.34 | $748.42 | $30.93 | $317.33 | $1,406.02 | 294 |
| 1/15/2008 | 060-0504580 | $90.52 | $118.16 | $21.00 | $62.60 | $292.28 | 294 |
| 1/15/2008 | 060-0504581 | $247.95 | $599.88 | $24.80 | $254.35 | $1,126.97 | 294 |
| 1/15/2008 | 060-0504582 | $382.69 | $925.85 | $38.27 | $392.56 | $1,739.37 | 294 |
| 1/17/2008 | 060-0504583 | $766.00 | $0.00 | $76.60 | $229.80 | $1,072.40 | 292 |
| 1/18/2008 | 060-0504584 | $90.16 | $110.34 | $21.00 | $60.15 | $281.65 | 291 |
| 1/18/2008 | 060-0504585 | $1,104.57 | $2,683.16 | $110.46 | $1,136.32 | $5,034.51 | 291 |
| 1/23/2008 | 060-0504586 | $157.21 | $383.44 | $21.00 | $162.20 | $723.85 | 286 |
| 1/23/2008 | 060-0504587 | $89.79 | $165.52 | $21.00 | $76.59 | $352.90 | 286 |
| 1/25/2008 | 060-0504588 | $145.88 | $355.80 | $21.00 | $150.50 | $673.18 | 284 |
| 1/29/2008 | 060-0504589 | $246.76 | $601.88 | $24.68 | $254.59 | $1,127.91 | 280 |
| 1/30/2008 | 060-0504590 | $89.79 | $117.44 | $21.00 | $62.17 | $290.40 | 279 |
| 1/30/2008 | 060-0504591 | $1,668.00 | $0.00 | $166.80 | $500.40 | $2,335.20 | 279 |
| 1/31/2008 | 060-0504592 | $389.66 | $950.40 | $38.97 | $402.02 | $1,781.04 | 278 |
| 1/31/2008 | 060-0504593 | $243.54 | $594.00 | $24.35 | $251.26 | $1,113.16 | 278 |
| 1/31/2008 | 060-0504594 | $248.24 | $605.48 | $24.82 | $256.12 | $1,134.66 | 278 |
| 2/1/2008 | 060-0504596 | $531.61 | $1,296.60 | $53.16 | $548.46 | $2,429.83 | 277 |
| 2/5/2008 | 060-0504599 | $789.43 | $1,925.43 | $78.94 | $814.46 | $3,608.26 | 273 |
| 2/5/2008 | 060-0504600 | $610.00 | $0.00 | $61.00 | $183.00 | $854.00 | 273 |
| 2/5/2008 | 060-0504601 | $89.79 | $217.10 | $21.00 | $92.07 | $419.96 | 273 |
| 2/7/2008 | 060-0504602 | $178.60 | $435.60 | $21.00 | $184.26 | $819.46 | 271 |
| 2/7/2008 | 060-0504603 | $269.32 | $656.88 | $26.93 | $277.86 | $1,230.99 | 271 |
| 2/7/2008 | 060-0504604 | $154.13 | $375.94 | $21.00 | $159.02 | $710.09 | 271 |
| 2/7/2008 | 060-0504605 | $1,015.00 | $0.00 | $101.50 | $304.50 | $1,421.00 | 271 |
| 2/11/2008 | 060-0504606 | $1,218.46 | $2,971.88 | $121.85 | $1,257.10 | $5,569.29 | 267 |
| 2/11/2008 | 060-0504607 | $479.90 | $1,170.49 | $47.99 | $495.12 | $2,193.50 | 267 |
| 2/11/2008 | 060-0504608 | $1,208.00 | $0.00 | $120.80 | $362.40 | $1,691.20 | 267 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/11/2008 | 060-0504609 | $1,340.39 | $3,269.25 | $134.04 | $1,382.89 | $6,126.57 | 267 |
| 2/11/2008 | 060-0504610 | $647.00 | $0.00 | $64.70 | $194.10 | $905.80 | 267 |
| 2/11/2008 | 060-0504611 | $647.00 | $0.00 | $64.70 | $194.10 | $905.80 | 267 |
| 2/11/2008 | 060-0504612 | $400.16 | $976.01 | $40.02 | $412.85 | $1,829.04 | 267 |
| 2/12/2008 | 060-0504613 | $548.00 | $0.00 | $54.80 | $164.40 | $767.20 | 266 |
| 2/12/2008 | 060-0504614 | $855.12 | $2,085.65 | $85.51 | $882.23 | $3,908.51 | 266 |
| 2/12/2008 | 060-0504615 | $562.96 | $1,373.07 | $56.30 | $580.81 | $2,573.14 | 266 |
| 2/12/2008 | 060-0504616 | $1,457.00 | $0.00 | $145.70 | $437.10 | $2,039.80 | 266 |
| 2/13/2008 | 060-0504617 | $1,340.39 | $3,269.26 | $134.04 | $1,382.90 | $6,126.58 | 265 |
| 2/15/2008 | 060-0504618 | $982.55 | $2,396.48 | $98.26 | $1,013.71 | $4,490.99 | 263 |
| 2/15/2008 | 060-0504619 | $267.89 | $653.40 | $26.79 | $276.39 | $1,224.47 | 263 |
| 2/15/2008 | 060-0504620 | $143.26 | $349.41 | $21.00 | $147.80 | $661.47 | 263 |
| 2/15/2008 | 060-0504621 | $100.07 | $244.08 | $21.00 | $103.25 | $468.40 | 263 |
| 2/20/2008 | 060-0504622 | $486.69 | $1,177.49 | $48.67 | $499.25 | $2,212.10 | 258 |
| 2/20/2008 | 060-0504623 | $157.42 | $380.85 | $21.00 | $161.48 | $720.75 | 258 |
| 2/21/2008 | 060-0504625 | $784.00 | $0.00 | $78.40 | $235.20 | $1,097.60 | 257 |
| 2/28/2008 | 060-0504632 | $246.34 | $300.83 | $24.63 | $164.15 | $735.96 | 250 |
| 2/28/2008 | 060-0504633 | $1,079.59 | $2,570.47 | $107.96 | $1,095.02 | $4,853.04 | 250 |
| 2/28/2008 | 060-0504634 | $259.81 | $618.60 | $25.98 | $263.52 | $1,167.91 | 250 |
| 2/28/2008 | 060-0504635 | $2,636.24 | $6,276.75 | $263.62 | $2,673.90 | $11,850.51 | 250 |
| 2/29/2008 | 060-0504636 | $1,077.00 | $0.00 | $107.70 | $323.10 | $1,507.80 | 249 |
| 2/28/2008 | 060-0504637 | $1,326.00 | $0.00 | $132.60 | $397.80 | $1,856.40 | 250 |
| 2/28/2008 | 060-0504638 | $1,079.59 | $2,570.47 | $107.96 | $1,095.02 | $4,853.04 | 250 |
| 2/29/2008 | 060-0504639 | $421.94 | $1,004.63 | $42.19 | $427.97 | $1,896.74 | 249 |
| 2/29/2008 | 060-0504640 | $109.62 | $226.23 | $21.00 | $100.76 | $457.61 | 249 |
| 2/29/2008 | 060-0504641 | $147.27 | $350.64 | $21.00 | $149.37 | $668.28 | 249 |
| 2/29/2008 | 060-0504642 | $357.59 | $851.40 | $35.76 | $362.70 | $1,607.45 | 249 |
| 3/3/2008 | 060-0504643 | $500.69 | $1,192.13 | $50.07 | $507.85 | $2,250.74 | 246 |
| 3/3/2008 | 060-0504644 | $97.37 | $231.84 | $21.00 | $98.76 | $448.97 | 246 |
| 3/4/2008 | 060-0504645 | $501.98 | $1,195.20 | $50.20 | $509.15 | $2,256.53 | 245 |
| 3/5/2008 | 060-0504646 | $654.05 | $1,545.00 | $65.41 | $659.72 | $2,924.17 | 244 |
| 3/5/2008 | 060-0504647 | $1,397.00 | $0.00 | $139.70 | $419.10 | $1,955.80 | 244 |
| 3/5/2008 | 060-0504648 | $1,463.00 | $0.00 | $146.30 | $438.90 | $2,048.20 | 244 |
| 3/6/2008 | 060-0504649 | $1,237.00 | $0.00 | $123.70 | $371.10 | $1,731.80 | 243 |
| 2/25/2008 | 060-0509101 | $190.69 | $461.36 | $21.00 | $195.62 | $868.67 | 253 |
| 2/25/2008 | 060-0509102 | $160.08 | $231.84 | $21.00 | $117.58 | $530.50 | 253 |
| 2/25/2008 | 060-0509103 | $224.35 | $542.79 | $22.44 | $230.14 | $1,019.72 | 253 |
| 2/25/2008 | 060-0509104 | $674.68 | $1,632.32 | $67.47 | $692.10 | $3,066.57 | 253 |
| 2/25/2008 | 060-0509105 | $276.92 | $669.98 | $27.69 | $284.07 | $1,258.66 | 253 |
| 12/13/2007 | 063-0135906 | $107.25 | $260.51 | $21.00 | $110.33 | $499.09 | 327 |
| 2/19/2008 | 083-0562776 | $206.85 | $504.53 | $21.00 | $213.41 | $945.79 | 259 |
| 2/11/2008 | 093-0882877 | $231.21 | $527.36 | $23.12 | $227.57 | $1,009.26 | 267 |
| 12/13/2007 | 093-0972976 | $231.51 | $562.39 | $23.15 | $238.17 | $1,055.22 | 327 |
| 1/7/2008 | 093-0978206 | $125.39 | $304.59 | $21.00 | $128.99 | $579.97 | 302 |
| 1/24/2008 | 093-0978246 | $357.70 | $872.45 | $35.77 | $369.05 | $1,634.97 | 285 |
| 1/28/2008 | 093-0978359 | $331.45 | $808.41 | $33.15 | $341.96 | $1,514.96 | 281 |
| 2/8/2008 | 093-1015130 | $236.25 | $576.20 | $23.63 | $243.74 | $1,079.81 | 270 |
| 12/20/2007 | 093-1092657 | $490.02 | $1,153.90 | $49.00 | $493.18 | $2,186.10 | 320 |
| 12/4/2007 | 093-1115727 | $206.68 | $498.04 | $21.00 | $211.42 | $937.14 | 336 |
| 2/28/2008 | 093-1130222 | $206.01 | $490.50 | $21.00 | $208.95 | $926.46 | 250 |
| 3/3/2008 | 095-0135458 | $237.35 | $565.12 | $23.74 | $240.74 | $1,066.95 | 246 |
| 12/5/2007 | 095-0252543 | $701.87 | $1,691.25 | $70.19 | $717.94 | $3,181.24 | 335 |
| 12/12/2007 | 095-0271265 | $575.18 | $1,397.19 | $57.52 | $591.71 | $2,621.60 | 328 |
| 12/18/2007 | 095-0271278 | $150.92 | $366.60 | $21.00 | $155.26 | $693.78 | 322 |
| 1/3/2008 | 095-0271355 | $696.23 | $1,691.25 | $69.62 | $716.24 | $3,173.35 | 306 |
| 1/7/2008 | 095-0271362 | $618.76 | $1,503.07 | $61.88 | $636.55 | $2,820.26 | 302 |
| 1/8/2008 | 095-0271366 | $401.21 | $974.63 | $40.12 | $412.75 | $1,828.71 | 301 |
| 1/9/2008 | 095-0271369 | $707.13 | $1,710.83 | $70.71 | $725.39 | $3,214.06 | 300 |
| 1/18/2008 | 095-0271400 | $415.99 | $1,010.49 | $41.60 | $427.94 | $1,896.02 | 291 |
| 1/31/2008 | 095-0274821 | $1,217.15 | $2,968.65 | $121.72 | $1,255.74 | $5,563.26 | 278 |
| 1/24/2008 | 095-0275207 | $1,189.89 | $2,902.19 | $118.99 | $1,227.62 | $5,438.69 | 285 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/5/2008 | 095-0275752 | $222.14 | $541.80 | $22.21 | $229.18 | $1,015.34 | 273 |
| 2/6/2008 | 095-0275757 | $717.96 | $1,751.12 | $71.80 | $740.72 | $3,281.60 | 272 |
| 2/12/2008 | 095-0275779 | $1,320.47 | $3,220.65 | $132.05 | $1,362.34 | $6,035.50 | 266 |
| 2/19/2008 | 095-0275796 | $392.00 | $0.00 | $39.20 | $117.60 | $548.80 | 259 |
| 2/22/2008 | 095-0275856 | $288.35 | $697.61 | $28.84 | $295.79 | $1,310.58 | 256 |
| 2/26/2008 | 095-0275866 | $392.00 | $0.00 | $39.20 | $117.60 | $548.80 | 252 |
| 12/21/2007 | 155-0845149 | $324.00 | $0.00 | $32.40 | $97.20 | $453.60 | 319 |
| 2/20/2008 | 160-0137354 | $90.52 | $124.36 | $21.00 | $64.46 | $300.34 | 258 |
| 1/21/2008 | 172-0017572 | $168.56 | $373.02 | $21.00 | $162.47 | $725.05 | 288 |
| 1/25/2008 | 172-0026416 | $486.86 | $1,150.91 | $48.69 | $491.33 | $2,177.79 | 284 |
| 2/25/2008 | 172-0044860 | $167.40 | $404.99 | $21.00 | $171.72 | $765.11 | 253 |
| 2/25/2008 | 184-0055924 | $510.00 | $0.00 | $51.00 | $153.00 | $714.00 | 253 |
| | | $101,848.57 | $173,595.95 | $10,591.91 | $82,633.36 | $368,669.79 | |