(6/30/08) CCM 0124 B

## ANSWER OF THIRD PARTY RESPONDENT CITATION
This first section must be filled out by the judgment creditor.

Citation/Respondent: ALPINE BANK      Court Date: 1-6-2010
Defendant's Name: SIDES MANUFACTURING, INC  SS No. xxx-xx-_____  Case No. 09 C 50011
Judgment Balance: $ 372,837.79
This is a Citation: Freeze up to double the Judgment Balance.

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☐ Yes ☒ No  No record of debtor
**IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.**

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☐ No
**IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.**

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No
**IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.**

4.                                    ACCOUNT BALANCE        AMOUNT WITHHELD
A) Savings Account                        $ _____          $ _____
B) Check/MMA/Now Account                  $ _____          $ _____
C) Certificate of Deposit                 $ _____          $ _____
D) Trust Account/Other                    $ _____          $ _____
   (Describe) _____
E) Safety Deposit  ☐ Yes  ☐ No
F) Land Trust No. _____
G) Less Right of Offset for Loans                              $ _____

                              TOTAL AMOUNT FROZEN:            $ _____
5. List all electronic deposits into account(s) and their source(s) except deposits:
   Account Number          Source                    Monthly Amount
   _____    _____          $ _____
   _____    _____          $ _____
   _____    _____          $ _____

6. List all joint account holders or adverse claimants:

Name _____    Name _____    Name _____
Address _____    Address _____    Address _____

Account Type ☐ Checking ☐ CD Savings    Account Type ☐ Checking ☐ CD Savings    Account Type ☐ Checking ☐ CD Savings
☐ Account Number _____    ☐ Account Number _____    ☐ Account Number _____

### INSTRUCTIONS
(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor.
Address  to  ·  mail to the Clerk of the Court, U.S. Courthouse, 219 S. Dearborn, 20th Floor, Chicago, IL 60604
You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

### CERTIFICATION
Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: 12/8/09

Respondent Name: Alpine Bank
Address: 6838 E. State St Rockford IL 61108
Telephone: 815-231-2831
FAX: 815-231-2842

Print Agent Name: Anna Hallstrom
Signature of Agent: Anna Hallstrom

FILED
DEC 14 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.